IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER DIGITAL, LLC,        )
)
        Plaintiff,        )
)
        v.                )       C.A. No. 11-696 (GMS)
)
MICROSOFT CORP., SONY COMPUTER   )
ENTERTAINMENT AMERICA LLC, SONY   )
NETWORK ENTERTAINMENT AMERICA   )
INC. and SONY NETWORK           )
ENTERTAINMENT INTERNATIONAL     )
LLC,                         )
)
        Defendants.      )

## RESPONSE TO NOTICE OF RELATED MATTER

Defendants Sony Computer Entertainment America LLC, Sony Network Entertainment America and Sony Network Entertainment International LLC (collectively, "Sony") hereby respond to the Notice of Related Matter (the "Notice") filed by Microsoft Corporation in *Walker Digital LLC v. Google Inc. et al.*, C.A. No. 11-369-GMS (D.I. 46), to which Sony is not a party.[1]

Sony respectfully disagrees with Microsoft's suggestion that the cases identified in its Notice are related to, or should be coordinated or consolidated with, this action. The cases identified by Microsoft involve different patents and different accused technologies than those at issue here.[2]

---

[1]      A copy of Microsoft's Notice in Case No. 11-369-GMS is attached for the Court's convenience.

[2]      Microsoft has not expressly requested coordination or consolidation in its Notice of Related Actions. To the extent that Microsoft intends to seek coordination or consolidation in the future, Sony would oppose any coordination or consolidation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Sony Computer Entertainment*
*America LLC, Sony Network Entertainment*
*America and Sony Network Entertainment*
*International LLC*

OF COUNSEL:

Karineh Khachatourian
Bryan Sinclair
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
(650) 798-6700

September 7, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER DIGITAL, LLC,

          Plaintiff,

   v.                        C.A. No. 11-CV-00369-GMS

GOOGLE INC., et al.,

          Defendants.

## NOTICE OF RELATED MATTER

PLEASE TAKE NOTICE, pursuant to Local Rules 3.1(b)(2) and (b)(4), Microsoft Corporation, hereby identifies *Walker Digital, LLC v. Google Inc., et al.*, C.A. 11-cv-00311-PSD, as a related case, as it involves four of the same parties. In addition, internet advertising related-services are involved in both cases, and the Microsoft services accused in the respective complaints appear to be overlapping. A notice of related case was filed in *Walker Digital, LLC v. Google Inc., et al.*, C.A. No. 11-cv-311-PSD, to indicate that it was related to the above-captioned matter.

Pursuant to Local Rule 3.1(b)(4), please take notice that *Walker Digital LLC v. Microsoft Corp., et al.*, C.A. 11-cv-00368-GMS and *Walker Digital LLC v. Microsoft Corp., et al.*, C.A. 11-cv-696, also involve parties overlapping with those in the above-captioned matter.

Dated: August 25, 2011

FISH & RICHARDSON P.C.

By: /s Tara D. Elliott
       William J. Marsden, Jr. (#2247)
       Tara D. Elliott (#4483)
       Lauren Murphy Pringle (#5375)
       222 Delaware Avenue, 17th Floor
       P.O. Box 1114
       Wilmington, DE 19899-1114
       Tel:  302-652-5070
       marsden@fr.com
       elliott@fr.com
       pringle@fr.com

*Attorneys for Defendants Microsoft Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard D. Kirk, Esquire
> Stephen B. Brauerman, Esquire
> BAYARD, P.A.

I further certify that I caused copies of the foregoing document to be served on September 7, 2011, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                    *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiffs*

Karen J. Bromberg, Esquire                                 *VIA ELECTRONIC MAIL*
Sandra C. McCallion, Esquire
Damir Cefo, Esquire
Francisco A. Villegas, Esquire
Jordan S. Adler, Esquire
Evan M. Rosenbaum, Esquire
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022
*Attorneys for Plaintiffs*

Jack B. Blumenfeld (#1014)