IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-696 (GMS) |
| | ) |
| MICROSOFT CORP., SONY COMPUTER ENTERTAINMENT AMERICA LLC, SONY NETWORK ENTERTAINMENT AMERICA INC. and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by plaintiff Walker Digital, LLC and defendants Sony Computer Entertainment America LLC, Sony Network Entertainment America and Sony Network Entertainment International LLC (collectively "Sony"), subject to the approval of the Court, that the time for Sony to move, answer or otherwise respond to the Complaint is extended until October 10, 2011.

The reason for this request is to permit Sony's counsel to investigate the claims and to determine how to respond to the complaint.

2

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Stephen B. Brauerman* | /s/ *Rodger D. Smith II* |

| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | Rodger D. Smith II (#3778) |
| 222 Delaware Avenue – Suite 900 | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 655-5000 | Wilmington, DE 19899 |
| rkirk@bayardlaw.com | (302) 658-9200 |
| sbrauerman@bayardlaw.com | jblumenfeld@mnat.com |
| | rsmith@mnat.com |

*Attorneys for Plaintiff*

*Attorneys for Sony Computer Entertainment America LLC, Sony Network Entertainment America and Sony Network Entertainment International LLC*

SO ORDERED this _____ day of October 2011.

_____
                              J.

4515393.1