# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-696 (GMS) |
| ) | |
| MICROSOFT CORP., SONY COMPUTER ) | **DEMAND FOR JURY TRIAL** |
| ENTERTAINMENT AMERICA LLC, SONY ) | |
| NETWORK ENTERTAINMENT AMERICA ) | |
| INC. and SONY NETWORK ) | |
| ENTERTAINMENT INTERNATIONAL ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sony Network Entertainment International LLC states as follows:

Sony Network Entertainment International LLC is a wholly owned subsidiary of Sony Corporation of America. Sony Corporation of America is a wholly owned subsidiary of Sony Americas Holding Inc. Sony Americas Holding Inc. is a wholly owned subsidiary of Sony Corporation, which is a Japanese corporation whose common stock trades principally on the Tokyo Stock Exchange and whose American Depository Receipts related to its common stock are traded on the New York Stock Exchange. No publicly held company owns ten percent or more of the stock of Sony Corporation.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Karineh Khachatourian<br>Bryan Sinclair<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA  94304<br>(650) 798-6700<br><br>October 10, 2011<br>4531463.1 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Rodger D. Smith II*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>*Attorneys for Defendant Sony Network Entertainment International LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard D. Kirk, Esquire
> Stephen B. Brauerman, Esquire
> BAYARD, P.A.

I further certify that I caused copies of the foregoing document to be served on October 10, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Karen J. Bromberg, Esquire<br>Sandra C. McCallion, Esquire<br>Damir Cefo, Esquire<br>Francisco A. Villegas, Esquire<br>Jordan S. Adler, Esquire<br>Evan M. Rosenbaum, Esquire<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY  10022<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)