**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-696 (GMS) |
| | ) | |
| MICROSOFT CORP., SONY COMPUTER | ) | **DEMAND FOR JURY TRIAL** |
| ENTERTAINMENT AMERICA LLC, SONY | ) | |
| NETWORK ENTERTAINMENT AMERICA | ) | |
| INC. and SONY NETWORK | ) | |
| ENTERTAINMENT INTERNATIONAL | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SONY COMPUTER ENTERTAINMENT AMERICA LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sony Computer Entertainment America LLC states as follows:

Sony Computer Entertainment America LLC is a wholly owned subsidiary of Sony Corporation of America.  Sony Corporation of America is a wholly owned subsidiary of Sony Americas Holding Inc.  Sony Americas Holding Inc. is a wholly owned subsidiary of Sony Corporation, which is a Japanese corporation whose common stock trades principally on the Tokyo Stock Exchange and whose American Depository Receipts related to its common stock are traded on the New York Stock Exchange.  No publicly held company owns ten percent or more of the stock of Sony Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendant Sony Computer*
*Entertainment America LLC*

OF COUNSEL:

Karineh Khachatourian
Bryan Sinclair
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
(650) 798-6700

October 10, 2011
4531473.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard D. Kirk, Esquire
> Stephen B. Brauerman, Esquire
> BAYARD, P.A.

I further certify that I caused copies of the foregoing document to be served on October 10, 2011, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                        *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiffs*

Karen J. Bromberg, Esquire                                     *VIA ELECTRONIC MAIL*
Sandra C. McCallion, Esquire
Damir Cefo, Esquire
Francisco A. Villegas, Esquire
Jordan S. Adler, Esquire
Evan M. Rosenbaum, Esquire
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022
*Attorneys for Plaintiffs*

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)