# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-696 (GMS) |
| ) | |
| MICROSOFT CORP., SONY COMPUTER ) | |
| ENTERTAINMENT AMERICA LLC, SONY ) | |
| NETWORK ENTERTAINMENT AMERICA ) | |
| INC. and SONY NETWORK ) | |
| ENTERTAINMENT INTERNATIONAL ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Walker Digital, LLC, by and through its undersigned counsel hereby voluntarily dismisses its claims against Defendant Sony Network Entertainment America Inc.

October 10, 2011

BAYARD, P.A.

 /s/ Stephen B. Brauerman
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue – Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Walker Digital, LLC*