IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>MICROSOFT, CORP.; SONY COMPUTER ENTERTAINMENT AMERICA, LLC; SONY NETWORK ENTERTAINMENT AMERICA, INC.; and SONY NETWORK ENTERTAINMENT INTERNATIONAL, LLC,<br><br>          Defendants. | C.A. No. 11-696-GMS<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT MICROSOFT CORPORATION'S DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Microsoft Corporation ("Microsoft") discloses the following:  Microsoft has no parent corporation.  No publicly held corporation owns 10% or more of Microsoft's stock.

Dated:  October 17, 2011        FISH & RICHARDSON P.C.

                                        By: */s/ Lauren Murphy Pringle*
                                               William J. Marsden, Jr. (#2247)
                                               Lauren Murphy Pringle (#5375)
                                               222 Delaware Avenue, 17th Floor
                                               P.O. Box 1114
                                               Wilmington, DE  19899
                                               (302) 652-5070
                                               marsden@fr.com
                                               pringle@fr.com

                                        Attorney for Defendant Microsoft Corporation