**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

———————————————————— x
    :
WALKER DIGITAL, LLC,    :
    :
           Plaintiff,    :    Civil Action No. 11-CV-00696-GMS
    :
        v.    :
    :    JURY TRIAL DEMANDED
MICROSOFT CORP., SONY COMPUTER    :
ENTERTAINMENT AMERICA LLC, and    :
SONY NETWORK ENTERTAINMENT    :
INTERNATIONAL LLC,    :
    :
           Defendants.    :
    :
    :
———————————————————— x

**WALKER DIGITAL, LLC'S ANSWER TO
MICROSOFT CORPORATION'S COUNTERCLAIMS**

    Plaintiff-Counterclaim-Defendant, Walker Digital, LLC ("Walker Digital"), by and

through its undersigned counsel, as and for its Answer to the Counterclaims of Defendant-

Counterclaimant Microsoft Corp. ("Microsoft"), states as follows:

**THE PARTIES**

    60.    Walker Digital lacks knowledge or information sufficient to form a belief as to

the truth or falsity of the allegations of paragraph 60 of the Counterclaims.

    61.    Admitted.

**JURISDICTION AND VENUE**

    62.    Admitted.

    63.    Admitted.

    64.    Admitted.

## COUNT I
### Declaratory Judgment of Non-Infringement of the '041 Patent

65.     Walker Digital incorporates paragraphs 1-44 of the Complaint, and paragraphs 60-64 and the Affirmative Defense of this Answer as though fully set forth herein.

66.     Admitted.

67.     Admitted, except Walker Digital denies that Microsoft has any rights regarding the '041 Patent.

68.     Denied.

## COUNT II
### Declaratory Judgment of Invalidity and/or Unenforceability of the '041 Patent

69.     Walker Digital incorporates paragraphs 1-44 of the Complaint, and paragraphs 60-64 and the Affirmative Defense of this Answer as though fully set forth herein.

70.     Denied.

71.     Denied.

## COUNT III
### Declaratory Judgment of Non-Infringement of the '866 Patent

72.     Walker Digital incorporates paragraphs 1-44 of the Complaint, and paragraphs 60-64 and the Affirmative Defense of this Answer as though fully set forth herein.

73.     Admitted.

74.     Admitted, except Walker Digital denies that Microsoft has any rights regarding the '866 Patent.

75.     Denied.

## COUNT IV
### Declaratory Judgment of Invalidity and/or Unenforceability of the '866 Patent

76.     Walker Digital incorporates paragraphs 1-44 of the Complaint, and paragraphs 60-64 and the Affirmative Defense of this Answer as though fully set forth herein.

2

77.     Denied.

78.     Denied.

## EXCEPTIONAL CASE

79.     Denied.

## PRAYER FOR RELIEF

Walker Digital denies that Microsoft is entitled to any relief requested in its Prayer for Relief.

## AFFIRMATIVE DEFENSE

Walker Digital asserts the following defense and reserves the right to amend its Answer as new information becomes available.  The listing of any defense below shall not be construed as an admission that Walker Digital bears the burden of proof as to such defense:

## FIRST DEFENSE

The Counterclaims fail to state a claim upon which relief may be granted.

## PRAYER FOR RELIEF

WHEREFORE, Walker Digital demands the following relief:

(i)     Judgment in favor of Walker Digital;

(ii)    Judgment dismissing Microsoft's Counterclaims

        with prejudice;

(iii)   Such other and further relief as the Court deems just and equitable.


Dated: November 10, 2011                    BAYARD, P.A.


                                            /s/ Stephen B. Brauerman
Of Counsel:                                 Richard D. Kirk (rk0922)
                                            Stephen B. Brauerman (sb4952)
Sandra C. McCallion                         222 Delaware Avenue, Suite 900
Karen H. Bromberg                           P.O. Box 25130
Francisco A. Villegas                       Wilmington, Delaware 19899
**COHEN & GRESSER LLP**                     rkirk@bayardlaw.com
800 Third Avenue                            sbrauerman@bayardlaw.com
New York, New York 10022                    (302) 655-5000
(212) 957-7600

                                            *Attorneys for Plaintiff Walker Digital, LLC*